NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

FRANK GONZALEZ
711 PACIFIC AVE.
LONG BEACH CA, 90813
657.582.6983
GONZALEZ.FRANK9393@GMAIL.COM
IN PRO PER

ATTORNEY(S) FOR: PRO PER

FILED
CLERK, U.S. DISTRICT COURT
10/22/2026
CENTRAL DISTRICT OF CALIFORNIA
BY bom DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FRANK GONZALEZ

Plaintiff(s),

v.

DONOVAN PERRY, RYNE KISSLAN and THE CITY OF ORANGE

Defendant(s)

CASE NUMBER:

8:26-cv-03122- HDV- ACCV

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for FRANK GONZALEZ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Officer Donavan Perry | 1. Defendant - Individual capacity / Subject to potential damages award. |
| 2. Officer Ryne Kisslan | 2. Defendant - Individual capacity / Subject to potential damages award. |
| 3. The City of Orange | 3. Defendant - Municipal entity / Liable for judgment and potential indemnitor of defendants. |

10/22/2026
Date

FGZ
Signature

Attorney of record for (or name of party appearing in pro per):

FRANK GONZALEZ