Name: ______________________

Address: ______________________

______________________

Phone Number: ______________________

Email Address: ______________________

*Pro Se*

FILED
CLERK, U.S. DISTRICT COURT
10/22/2026
CENTRAL DISTRICT OF CALIFORNIA
BY BOM DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLAINTIFF(S)<br>v.<br>DEFENDANT(S) | CASE NUMBER<br>8:26-cv-03122- HDV- ACCV |
| | **APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

As the ☐ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.
2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.
3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.
4. I understand that I may not e-file on behalf of any other person in this or any other case.
5. I have regular access to the technical requirements necessary to e-file successfully:

   *Check all that apply.*

   ☐ A Computer with internet access.

   ☐ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☐ A scanner to convert documents that are only in paper format into electronic files.

   ☐ A printer or copier to create required paper copies such as chambers copies.

   ☐ A word-processing program to create documents; and

   ☐ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: ______________ Signature: FGZ