# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GONZALEZ, PLAINTIFF(S) | CASE NUMBER: 8:26-cv-03122- HDV- ACCV |
| v. | |
| DONOVAN PERRY, DEFENDANT(S). | **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following deficiencies have been found with your filed document:

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 10/26/2026 | N/A | Request for Issuance of Summons |

Deficiencies:

Incorrect case number/judge(s) initials.

✓ Summons caption does not match complaint verbatim. If party names do not fit in caption space provided, enter only the name of the first party and write "see attached," then attach face page of complaint or addendum to summons.

Summons is not directed to the defendant(s).

Name and address of counsel for plaintiff(s)/petitioner(s) are missing.

Issuance date and clerk signature line are not blank.

Other Deficiencies:

A sample summons can be viewed at https://www.cacd.uscourts.gov/court-procedures/forms select form AO-0440 Example.

The summons will not be issued until the deficiencies have been corrected. Please correct the deficiencies and re-file your summons request.

Clerk, U.S. District Court

Date: 10/26/2026

By: B. Mendoza
Deputy Clerk