**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK GONZALEZ<br>Plaintiff(s),<br>v.<br>DONOVAN PERRY, et al.<br>Defendant(s). | CASE NUMBER:<br>8:26−cv−03122−HDV−ACCV<br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document. No. | Title of Document. |
|---|---|---|
| 10/22/2026 | 3 | APPLICATION for Pro Se Litigant to electronically file documents |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: November 16, 2026

/s/ *Angela C. C. Viramontes*
United States Magistrate Judge